IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEVA PHARMACEUTICALS INTERNATIONAL GMBH and TEVA PHARMACEUTICALS USA, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br>  Defendant. | Civil Action No. 1:18-cv-12029-ADB <br><br>  |

### PLAINTIFFS TEVA PHARMACEUTICALS INTERNATIONAL GMBH AND TEVA PHARMACEUTICALS USA, INC.'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT AND UNCLEAN HANDS

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Plaintiffs Teva Pharmaceuticals International GmbH and Teva Pharmaceuticals USA, Inc. (together, "Teva") move for summary judgment of no inequitable conduct and unclean hands for the reasons provided in Teva's attached Memorandum. Teva requests that this Court grant summary judgment.

In addition to the Memorandum, this Motion is supported by Teva's Statement of Uncontested Material Facts, the Declaration of Elaine Herrmann Blais, the Declaration of Geoffrey Hale, Ph.D., and the Declaration of Raymond Hill, Ph.D.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Teva respectfully requests oral argument.

Dated:  March 28, 2022                                    Respectfully Submitted,

                        <u>/s/ Elaine Herrmann Blais</u>
Douglas J. Kline (BBO# 556680)
Elaine Herrmann Blais (BBO# 656142)
Robert Frederickson III (BBO# 670111)
Joshua S. Weinger (BBO# 690814)
Alexandra Lu (BBO# 691114)
Eric T. Romeo (BBO# 691591)
Kathleen A. McGuinness (BBO# 693760)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
dkline@goodwinlaw.com
eblais@goodwinlaw.com
rfrederickson@goodwinlaw.com
jweinger@goodwinlaw.com
alu@goodwinlaw.com
eromeo@goodwinlaw.com
kmcguinness@goodwinlaw.com

I. Neel Chatterjee (*pro hac vice*)
GOODWIN PROCTER LLP
601 Marshall St.
Redwood City, CA 94063
Tel.: (650) 752-3100
Fax: (650) 853-1038
nchatterjee@goodwinlaw.com

Natasha E. Daughtrey (*pro hac vice*)
GOODWIN PROCTER LLP
601 S. Figueroa St.
Los Angeles, CA 90017
Tel.: (213) 426-2500
Fax: (213) 623-1673
ndaughtrey@goodwinlaw.com

*Attorneys for Plaintiffs*

## LR 7.1(a)(2) CERTIFICATION

I, Elaine Herrmann Blais, hereby certify that Plaintiffs' counsel conferred with Defendant's counsel regarding this motion and attempted in good faith to resolve or narrow the issues presented in this motion.  Lilly opposes this motion.

*/s/ Elaine Herrmann Blais*
Elaine Herrmann Blais

## CERTIFICATE OF SERVICE

I, Elaine Hermann Blais, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on July 27, 2022.

/s/ *Elaine Herrmann Blais*
Elaine Herrmann Blais (BBO# 656142)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
eblais@goodwinlaw.com